IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:07 CR 22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| XAVIER RYAN FRENCH, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS CAUSE came on to be heard before the undersigned, pursuant to a motion filed by Don Gast, Assistant United States Attorney, entitled "Motion to Reconsider Bond" (#17) and it appearing to the court at the call of this matter on for hearing that the undersigned had revoked the terms and conditions of pretrial release based upon a violation report that had been filed on October 24, 2007 advising the court that the defendant had consumed and possessed alcohol, in violation of the terms and conditions of pretrial release. After the hearing of the violation report, Mr. Gast requested that he be allowed to withdraw the "Motion to Reconsider Bond" as the motion had been rendered moot by the undersigned's revocation of the pretrial release order.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the "Motion to Reconsider Bond" (#17) is hereby withdrawn and **DISMISSED** as being **moot**.

Signed: October 29, 2007

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge