**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO.  2:07CR22**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **XAVIER RYAN FRENCH** | ) | |
| _____ | ) | |


**THIS MATTER**  is before the Court on the Government's motion to amend the indictment herein to include an additional statutory provision, N.C. Gen. Stat. § 14-51.

As Defendant has indicated that he has no objection, and as the Court's independent analysis has revealed no potential prejudice to any party that could arise from the proposed amendment, the undersigned concludes that the Government's motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's motion to amend the indictment herein is **ALLOWED**.

Signed: November 30, 2007

Lacy H. Thornburg
United States District Judge